UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Mag. No. 1:13-mj-23 |
| | ) | |
| JOSE LUIS GUERRERO-HERNANDEZ | ) | JUDGE CARTER |

## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the initial appearance, preliminary hearing and detention hearing were held in this action on February 7, 2013. Those present included:

(1) AUSA Perry Piper for the United States of America.
(2) The defendant, JOSE LUIS GUERRERO-HERNANDEZ.
(3) Attorney Anthony Martinez for defendant.
(4) Deputy Clerk Kelli Jones.

Upon being sworn the defendant was informed or reminded of his/her privilege against self-incrimination accorded him/her under the 5th Amendment to the United States Constitution.

AUSA Piper moved the court for an order detaining the defendant. The defendant waived his detention hearing and preliminary hearing, reserving the right to ask for a detention hearing at a later date.

## Findings

Based on the sworn Affidavit/Complaint and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds:

(1) There is probable cause to believe that there have been violations of 8 U.S.C. § 1324, transporting illegal aliens, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

<u>Conclusions</u>

It is therefore ORDERED:

(1)   The defendant is DETAINED without bail.

(2)   The defendant's next appearance shall be before a U.S. Magistrate Judge at **10:00 a.m. on Wednesday, February 27, 2013.**

ENTER.

                                          S /*William B. Mitchell Carter*
                                          UNITED STATES MAGISTRATE JUDGE